| | | | |
|---|---|---|---|
| In re The Interest of H.C.; Appeal of A.C. | 1613 WDA 2016<br>Affirmed | 02/13/2017 | CP–02–AP–0000060–<br>2016<br>(Allegheny) |
| In re The Interest of L.C.; Appeal of A.C. | 1614 WDA 2016<br>Affirmed | 02/13/2017 | CP–02–AP–0000061–<br>2016<br>(Allegheny) |
| Com. v. Reyes ...................... | 371 EDA 2015<br>Affirmed | 02/14/2017 | CP–51–CR–0001249–<br>2013<br>(Philadelphia) |
| Com. v. Slight ...................... | 2634 EDA 2015<br>Affirmed | 02/14/2017 | CP–51–CR–0014978–<br>2013<br>(Philadelphia) |
| Roytman v. Cesarone ................ | 3345 EDA 2015<br>Affirmed | 02/14/2017 | 2013–32160<br>(Montgomery) |
| In the Interest of: AI.A. .............. | 3770 EDA 2015<br>Affirmed | 02/14/2017 | CP–51–DP–0000357–<br>2013<br>CP–51–DP–0000527–<br>2013<br>(Philadelphia) |
| Com. v. Kohli ....................... | 101 EDA 2016<br>Vacated and<br>Remanded | 02/14/2017 | CP–15–CR–0000569–<br>2013<br>(Chester) |
| Com. v. Cantafio .................... | 218 EDA 2016<br>Affirmed and<br>Vacated | 02/14/2017 | CP–23–CR–0001544–<br>2015<br>(Delaware) |
| T.L.L. v. R.F.P. [11] .................. | 285 EDA 2016<br>Affirmed | 02/14/2017 | 0C1000744<br>(Philadelphia) |
| Com. v. Williams .................... | 411 EDA 2016<br>Affirmed | 02/14/2017 | CP–51–CR–0007651–<br>2009<br>CP–51–CR–0012877–<br>2009<br>(Philadelphia) |
| Com. v. Myers ...................... | 673 EDA 2016<br>Affirmed | 02/14/2017 | CP–46–CR–0004755–<br>2011<br>(Montgomery) |
| Com. v. Key ........................ | 885 EDA 2016<br>Affirmed | 02/14/2017 | CP–46–CR–0000906–<br>2015<br>(Montgomery) |
| In the Interest of: A.S.R. ............. | 991 EDA 2016<br>Affirmed | 02/14/2017 | CP–51–AP–0000289–<br>2015<br>(Philadelphia) |
| Com. v. Larkin ...................... | 1471 EDA 2016<br>Affirmed | 02/14/2017 | CP–15–CR–0002828–<br>1999<br>(Chester) |
| Com. v. Roser ...................... | 1533 EDA 2016<br>Affirmed,<br>Reversed and<br>Vacated | 02/14/2017 | CP–15–CR–0002577–<br>2014<br>(Chester) |
| A.G. v. M.A. ........................ | 1976 EDA 2016<br>Affirmed | 02/14/2017 | No. 2013–006410<br>(Delaware) |

11. Petition for reargument denied March 28, 2017.